WILLIAM F. LIVERMORE, RESPONDENT, v. CORNELIUS S.
BUSHNELL AND H. V. POOR, IMPLEADED, ETC., APPELLANTS.

*Actions on contract — in case of death of one defendant, continued against survivors —
Contracts to advance price of stock — when illegal.*

Actions on contract against defendants jointly liable, do not abate by the death
of one or more defendants; but the death should appear by suggestion on the
record, and the action should proceed against the surviving defendants.  (3 R.
S. [5th ed.], 669, § 1.)

The personal representatives cannot be joined in such a case.  (1 Pars. on Cont.
[2d ed.], 30, 31; *Grant* v. *Shurter,* 1 Wend., 148; *Trustees, etc.,* v. *Lawrence,* 11
Paige, 81.)

The law will not aid either party to enforce an agreement entered into for the
purpose of advancing the selling price of stocks by means of fictitious dealings
designed to produce a false impression on the minds of observers concerning
their real value, and in that way to induce them to invest their money in
such stocks.

Such an agreement is void and against public policy. (*Thompson* v. *Davies*, 13 Johns., 112; *Brisbane* v. *Adams*, 3 Comst., 129; *Hooker* v. *Vandewater*, 4 Denio, 349; *Stanton* v. *Allen*, 5 id., 434; *Marsh* v. *Russell*, 2 Lans., 340; 2 Kent [7th ed.], 699–703; *Morris Run Coal Co.* v. *Barclay Coal Co.*, 68 Penn., 173; *Commonwealth* v. *Carlisle*, Brightley, 36; *King* v. *De Berenger*, 3 Maule & Sel., 67–72; 3 R. S. [5th ed.], 973, sub. 6 of § 8.)

APPEAL by the defendants above named from a judgment in favor of plaintiff, entered on the report of a referee.

The action was brought to recover an amount claimed to be unpaid for services rendered, and expenditures made, in selling and buying the stock of the Alpine Gold Company of Colorado.

*Edward T. Bartlett*, for appellant. *A. Loring Cushing*, for respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and BRADY, J., concurred.

Judgment reversed and new trial ordered, with costs to abide event.